Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven Cloy Gantt** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF LOUISIANA | | |
| Case number | 16-11738 | | |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

### 1.1

**Webb Place 185 acres on HWY 154**

Street address, if available, or other description

| **Athens** | **LA** | **71003-0000** |
|---|---|---|
| City | State | ZIP Code |

**Claiborne**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $420,000.00 | $420,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1  **Steven Cloy Gantt**        Case number *(if known)* **16-11738**

1.2 **If you own or have more than one, list here:**

**Running G. Farms**
**564 Abrercrombie Road**

Street address, if available, or other description

| | |
|---|---|
| **Athens** | **LA**    **71003-0000** |
| City | State    ZIP Code |

**Claiborne**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**6 poultry houses on 77 acres of land located on Abercrobie Road [this property and poultry farms were originially purchased for $1,100,000.00. A manager of Raeford Farms informed Mr. Gantt that if the owner changes the poulltry houses must be upgraded at an estimated costs of $300,000.00 to $400,000.00 to do business with Raeford Farms; therefore Mr. Gantt estimates the market value of this land and poultry farms at $800,000.00.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$800,000.00** | **$800,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

1.3 **If you own or have more than one, list here:**

**122 Horseshoe Lane**

Street address, if available, or other description

| | |
|---|---|
| **Athens** | **LA**    **71003-0000** |
| City | State    ZIP Code |

**Claiborne**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$250,000.00** | **$250,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

| Debtor 1 | **Steven Cloy Gantt** | Case number *(if known)* | **16-11738** |

---

**1.4** If you own or have more than one, list here:

**Cherino Land 90 Acres across Cherino TX**

Street address, if available, or other description

_____

_____

| City | State | ZIP Code |

_____

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$209,000.00** | **$209,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

---

**1.5** If you own or have more than one, list here:

**Hwy 9**

Street address, if available, or other description

_____

| **Athens** | **LA** | **71003-0000** |
| City | State | ZIP Code |

_____

**Claiborne**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**1 acre and house**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,000.00** | **$20,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

---

Debtor 1    **Steven Cloy Gantt**                                      Case number *(if known)*  **16-11738**

---

1.6  **If you own or have more than one, list here:**

**5045 Hwy 518**

Street address, if available, or other description

**Athens          LA      71003-0000**

City                     State        ZIP Code

**Claiborne**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**house and 8 acres**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$25,000.00** | **$25,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

1.7  **If you own or have more than one, list here:**

**Madison Co, Texas**

Street address, if available, or other description

City                     State        ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**1/3 percent owner of 26 acres of land**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$26,000.00** | **$26,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

Debtor 1 **Steven Cloy Gantt**          Case number *(if known)* **16-11738**

**1.8** If you own or have more than one, list here:

**Oil, Gas & Mineral Lease on immovable propety located in Claiborne Parish**

Street address, if available, or other description

| | | |
|---|---|---|
| **Claiborne Parish** | **LA** | |
| City | State | ZIP Code |

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☒ Other    **Mineral lease**

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Oil, Gas & Mineral Lease**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................=>   **$1,750,000.00**

**Part 2:   Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☒ Yes

| 3.1 | Make: | **BMW** |
|---|---|---|
| | Model: | **750Li** |
| | Year: | **2013** |
| | Approximate mileage: | |
| | Other information: | |

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$35,500.00** | **$35,500.00** |

| 3.2 | Make: | **Infiniti** |
|---|---|---|
| | Model: | **G37** |
| | Year: | **2012** |
| | Approximate mileage: | |
| | Other information: | |

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$27,000.00** | **$27,000.00** |

---

| 3.3 | Make: | **Cadillac** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| Model: | **ESV Escalade** |
| Year: | **2014** |
| Approximate mileage: | |
| Other information: | |

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $44,000.00 | $44,000.00 |

| 3.4 | Make: | **Harley Davidson** |
|---|---|---|
| Model: | |
| Year: | **2014** |
| Approximate mileage: | |
| Other information: | |

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $18,000.00 | $18,000.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☐ No
- ■ Yes

| 4.1 | Make: | |
|---|---|---|
| Model: | |
| Year: | |
| Other information: | |
| | **Mobile Home** |

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,000.00 | $5,000.00 |

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>    **$129,500.00**

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
- ☐ No
- ■ Yes.  Describe.....

| | |
|---|---|
| 11 coffee mugs | $5.50 |
| 14 plates | $28.00 |
| 8 icecream sundae glasses | $8.00 |
| 8 tea glasses | $8.00 |

Debtor 1   **Steven Cloy Gantt** _____   Case number *(if known)*  **16-11738**

| | |
|---|---:|
| **8 salad plates** | $8.00 |
| **8 cocktail glasses** | $4.00 |
| **3 piece ceramic cansiter set** | $15.00 |
| **3 piece metal canister set** | $8.00 |
| **3 vases** | $15.00 |
| **1 glass bowl** | $3.00 |
| **plastic food storage set** | $5.00 |
| **6 glass banana split dishes** | $6.00 |
| **3 pitchers** | $6.00 |
| **1 glass lemondae dispenser** | $5.00 |
| **4 piece ivory ceramic bakeware set** | $20.00 |
| **drawer of assorted cooking utensils** | $10.00 |
| **1 tea pot** | $2.00 |
| **stainless steel cook set pots/pans** | $30.00 |
| **6 cookie sheets, baking pans** | $12.00 |
| **6 soup cups and bowls** | $6.00 |
| **plastic strainer** | $1.00 |
| **tupperware set** | $5.00 |
| **3 glass mixing bowls** | $9.00 |
| **measuring cups** | $2.00 |
| **1 glass punch bowl set** | $10.00 |

| | |
|---|---|
| 1 plastic cake tray | $2.00 |
| 1 glass serving tray | $5.00 |
| 4 party trays | $8.00 |
| 1 plastic serving tray | $2.00 |
| pyrex glass food storage set | $10.00 |
| cookie jar | $2.00 |
| 1 paper towel holder | $3.00 |
| coaster set | $2.00 |
| 1 deep fryer | $15.00 |
| 1 toaster | $5.00 |
| foundue set | $10.00 |
| 1 rice cooker | $10.00 |
| 1 large crock pot | $10.00 |
| 1 small crock pot | $5.00 |
| 1 electric knife | $3.00 |
| 1 small chest freezer | $30.00 |
| 1 coffee maker | $10.00 |
| GE french door refridgerator | $500.00 |
| GE range/oven unit | $750.00 |
| Ge microwave | $50.00 |
| 1 large rice maker | $10.00 |

| Item | Value |
|------|-------|
| 2 medium crockpots | $15.00 |
| 1 blender | $10.00 |
| 4 candle holders | $8.00 |
| 5 peice red countertop decorative jars and platters | $25.00 |
| wicker wine glass holder | $3.00 |
| 16 placemats | $32.00 |
| 8 table chargers | $16.00 |
| 2 bar chandeliers | $40.00 |
| 2 sink chandeliers | $40.00 |
| 2 large room chandilers | $200.00 |
| large floral framed print-roses | $30.00 |
| small tabletop decor | $30.00 |
| small jewel chandiler lamp | $30.00 |
| 1 tall narrow wall mirror | $40.00 |
| 1 small console table-marble top | $50.00 |
| small lion statue | $15.00 |
| antique chess sett | $10.00 |
| large office desk, file chest, bookshelf and leather chair | $500.00 |
| 2 large vintage lamps with Roman statues | $30.00 |
| Fireplace screen and tool set | $25.00 |
| large office wall clock | $20.00 |

| | |
|---|---|
| 3 large lamps in master bedroom | $45.00 |
| leather nailhead accent chair | $40.00 |
| decorative bed crown and drapery set | $30.00 |
| gold wall scone | $0.00 |
| small wooden writing desk | $15.00 |
| 2 illuminated Christmas giftboxes | $15.00 |
| metal decorative airplane | $10.00 |
| assorted table top decor | $30.00 |
| wodden Fleu-de-lis door sign | $10.00 |
| high risedining room buffet, dining table and 8 chairs | $1,200.00 |
| curved 2 door wooden console table | $75.00 |
| long large wall art-3 piece | $30.00 |
| 1 large metal rooster | $25.00 |
| large framed art of vase | $30.00 |
| 2 buffet lamps | $20.00 |
| 15 small picture frames | $30.00 |
| 3 extra large decorative mirors | $300.00 |
| 2 large decorative mirrors | $100.00 |
| 7 large floral arrangements | $210.00 |
| 4 medium and small floral arrangments | $60.00 |
| 2 large red wall scones | $30.00 |

| | |
|---|---:|
| 3 large area rugs | $300.00 |
| 1 iron consle table with marble top | $20.00 |
| 1 black wooden consle table with gold accents | $40.00 |
| 1 iron console table with glass top and fabric | $20.00 |
| 1 medium chest of drawers | $75.00 |
| 2 livnig room end tables | $100.00 |
| sofa, love seat and ottoman | $500.00 |
| 2 wing back chairs | $150.00 |
| 1 glider rocker | $40.00 |
| 1 queen bed, dresser and night stand | $750.00 |
| 1 king bed, dresser, night stand and leather bench | $1,650.00 |
| 2 large lamps with black shades | $40.00 |
| 3 candle stick lamps | $30.00 |
| 1 antique salmon colored lamps | $10.00 |
| 1 antique candelabra | $10.00 |
| medium framed antique tapestry | $20.00 |
| 1 medium wood framed wall mirror | $15.00 |
| 3 peice arched wood and iron wall decor | $15.00 |
| 1 childs crib | $50.00 |
| 6 large picture frames | $18.00 |
| 2 vases | $10.00 |

| Item | Value |
|------|-------|
| 2 decorateve wall art pieces | $10.00 |
| art supplies | $5.00 |
| 4 small picture frames | $4.00 |
| 1 large wooden white goose | $15.00 |
| 2 sets of decorative soaps and lotion dispensers | $16.00 |
| 1 metal wall hook wall plaque | $3.00 |
| wind chime | $2.00 |
| table top clock | $5.00 |
| 1 medium countryside oil paiining | $15.00 |
| long iron mantle candle display | $15.00 |
| 3 large wall picture frames | $15.00 |
| 2 large tabletop candle holders | $10.00 |
| small christmas tree and decor | $25.00 |
| 1 medium antique chandelier | $10.00 |
| 1 mini bar pendant light | $10.00 |
| 12 table top mason jar candle holders | $24.00 |
| wicker patio set (bench, 2 chairs, end table and coffee table) | $50.00 |
| iron and galss outdoor accent table | $25.00 |
| 4 concrete flower pots | $40.00 |
| 1 concrete bench | $25.00 |
| 1 medium concrete bird bath | $25.00 |

| | |
|---|---|
| 1 large concrete fountain | $200.00 |
| 3 bird feeders | $9.00 |
| 2 door wreaths | $20.00 |
| 1 metal dog bowl | $2.00 |
| 1 ironing board | $5.00 |
| 1 iron | $5.00 |
| GE front load washer and dryer | $200.00 |
| 3 brooms | $6.00 |
| 2 swifer mops | $4.00 |
| set of basic household tools-assorted | $10.00 |
| dust pan | $2.00 |
| step ladder | $10.00 |
| cleaning supplies | $10.00 |
| vaccum cleaner | $50.00 |
| 1 antique quilt | $15.00 |
| outdoor light fixture | $10.00 |
| 2 iron rack for fireplace wood | $15.00 |
| bath toys | $5.00 |
| play toys | $30.00 |
| box of toy horses | $15.00 |
| barbie jeep | $25.00 |

| 2 large floor finial pieces | $20.00 |
|---|---|

### 7. Electronics

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe.....

| surge protector | $2.00 |
|---|---|
| battery pack | $2.00 |
| 52"tv | $200.00 |
| 1 printer | $40.00 |
| computer cables and router | $10.00 |
| camera surveylence system | $20.00 |
| 30 dvds | $30.00 |
| 1 cd player | $15.00 |
| surround sound system | $30.00 |
| tv wall mount | $10.00 |
| HDMI Splitter | $5.00 |
| Paper shredder | $5.00 |
| Smart phone | $100.00 |

### 8. Collectibles of value

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes. Describe.....

### 9. Equipment for sports and hobbies

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

☑ Yes. Describe.....

| 2 bicycles | $80.00 |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
■ Yes. Describe.....

| Mossbert 151M B 22 long rifle gun | $200.00 |

| 410 tamer model SB1 gun | $200.00 |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
■ No
☐ Yes. Describe.....

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ No
☐ Yes. Describe.....

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....

| dog | $20.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
■ Yes. Give specific information.....

| 3 piece luggage set | $20.00 |

| dog carrier | $5.00 |

| pocket knife | $10.00 |

| small picnic table | $25.00 |

| baby gate | $10.00 |

| child's wooden bench | $15.00 |

| tricycle | $15.00 |

| castle tent | $10.00 |

| red wagon | $15.00 |

| pink tree swing | $10.00 |

| | |
|---|---|
| **11 old hardback books** | **$22.00** |

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
     for Part 3. Write that number here .............................................................................. **$11,153.50**

**Part 4:**  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes..................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
   institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................                              Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **First National Bank** | **$0.00** |
| 17.2. | | **The debtor is a signature on the following bank account for Gladiator Energy Services, LLC at Gibsland Bank & Trust (account number xxx8092).  The debtor has a membership in this limited liability company, but is not the sole member of this limited liability company.  There is approximately $32,000.00 in this bank account; however this bank account is not property of this bankruptcy estate.** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................            Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
   joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................
                           Name of entity:                         % of ownership:

| | | | |
|---|---|---|---|
| **VIP Limo, LLC (a Texas limited liabilty company)** | **100%** | % | **Unknown** |
| **Gladiator Energy Serivces, LLC, 5615  Corporate Blvd., Suite 400B, Baton Rouge, LA 70808**  **This Louisiana Limited Liability Company was terminated 10/11/2011.  There may be assets in this company.** | **50%** | % | **Unknown** |

GES Gladiator Energy Services Texas, LLC, 293
N. Collins, Richardson, TX 75080

This Texas limited liability company may have
assets. It is believed the debts of this company
exceed the value of the assets in this company.    50%    %    Unknown

Gantt Investments, Inc.
594 GAP Farms Rd, Suite B
Arcadia, LA 71001

This Louisiana limited liability company was
administratively terminated by the La Sec of
State.    100%    %    Unknown

B & M Oilfiled, LLC
594 GAP Farms Road, Suite B
Arcadia, LA 71001

This is a Louisiana limited liability company.    100    %    Unknown

CLG Energy LLC , 122 Horseshoe Ln, Athens, LA
71003
This Louisiana limited liability company for the
sum of $13,328.12 purchased a working interest
of 0.0325 before payout in an oil and gas lease.
No well has been drilled under this lease.

This Louisiana limited liabilty company is also a
member (10% owner) in Space Cowboy
Investments, LLC for the sum of $5,320.00.    100%    %    Unknown

Triple C. Containment Inc.
594 Gap Farms Road, Suite B
Arcadia, LA 71001

This is a Louisiana limited liability company.
The company was administratively terminated by
La Sec of State.    100    %    $0.00

B & G Rightway, Inc
1787 Old Athens Rd
Homer, LA 71040

This is a Louisiana limited liability company.
The company was administratively terminated by
La Sec of State.    100    %    $0.00

LA Chemical, LLC, 594 GAP Farms Rd., Suite B,
Arcadia, LA 71001

This is a Louisiana limited liability company.
There are assets in this company, but the debts
exceed the value of the assets    100    %    $0.00

| | | |
|---|---|---|
| Hurrican Energy Services, LLC, 594 GAP Farms Rd, Suite B, Arcadia, LA 71001 | | |
| This is a Louisiana limited liability company. This limited liability company owns two trailers. | 50%     % | $14,500.00 |
| GAP FARMS, LLC, 1011 North Causeway Blvd, Suite 3, Mandeville, LA 70471 (This is the address filed with the Secretary of State; however the assets are located near Arcadia, Louisiana) | 50     % | $541,210.00 |
| GAP FARMS ROCKERS, LLC 105 N. Trenton St Ruston, LA 712270 | 50     % | $0.00 |
| GAP Travel Plaza, LLC, 105 N. Trenton Street, Ruston, LA 71270 (The assets are located near Arcadia, Louisiana) | 50     % | $562,780.00 |
| Empire Resources, LLC (this is a Texas limited liability company that is inactive and does not have any assets) | % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
                 Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
                 Type of account:             Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................                      Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............        Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property** (other than anything listed in line 1), and rights or powers exercisable for your benefit
■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1 **Steven Cloy Gantt**      Case number *(if known)* **16-11738**

☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
    ■ No
    ☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
            benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
                  Company name:            Beneficiary:            Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
    **for Part 4. Write that number here**.....................................................................................................................      **$1,118,490.00**

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

Official Form 106A/B                 Schedule A/B: Property                 page 19

Debtor 1    **Steven Cloy Gantt**                                    Case number *(if known)*  **16-11738**

---

**Part 6**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☐ No. Go to Part 7.
■ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☐ No
■ Yes................

| | |
|---|---|
| 48 cows | $50,000.00 |
| 2 horses | $1,500.00 |
| 1 pony | $500.00 |
| 1 bull | $2,000.00 |
| 15 calves | $5,250.00 |

48. **Crops—either growing or harvested**
☐ No
■ Yes. Give specific information.....

| | |
|---|---|
| 95 bales of hay | $3,200.00 |

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☐ No
■ Yes................

| | |
|---|---|
| 2006 5425 John Deere | $3,000.00 |
| 5085E John Deere | $30,000.00 |

50. **Farm and fishing supplies, chemicals, and feed**
■ No
☐ Yes................

51. **Any farm- and commercial fishing-related property you did not already list**
☐ No
■ Yes. Give specific information.....

---

Official Form 106A/B                              Schedule A/B: Property                                        page 20

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1    **Steven Cloy Gantt**                                      Case number *(if known)*  **16-11738**

| **Farm Tools and Supplies. The farm tools are scheduled in Exibit#A** | **$12,000.00** |

---

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ............................................................................................................... | **$107,450.00** |

**Part 7:**    Describe All Property You Own or Have an Interest In That You Did Not List Above

---

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... | **$0.00** |

**Part 8:**    List the Totals of Each Part of this Form

---

55. **Part 1: Total real estate, line 2** ...................................................................................... | | **$1,750,000.00** |
56. **Part 2: Total vehicles, line 5** | **$129,500.00** |
57. **Part 3: Total personal and household items, line 15** | **$11,153.50** |
58. **Part 4: Total financial assets, line 36** | **$1,118,490.00** |
59. **Part 5: Total business-related property, line 45** | **$0.00** |
60. **Part 6: Total farm- and fishing-related property, line 52** | **$107,450.00** |
61. **Part 7: Total other property not listed, line 54** | + | **$0.00** |

62. **Total personal property.** Add lines 56 through 61... | **$1,366,593.50** | Copy personal property total | **$1,366,593.50** |

63. **Total of all property on Schedule A/B**. Add line 55 + line 62 | **$3,116,593.50** |

---

| Farm | Value | Farm | Value | Farm | Value | Farm | Value | Farm | Value |
|---|---|---|---|---|---|---|---|---|---|
| 8x16 portable building - 15 years old | | 20 packs insulation | | 1 PVC fittings and glue | | 1 fire extinguisher | | | |
| 150 sheets old tin | | 1 climbing tree stand | | 2 tubes sealant | | 1 water hose nozel | | | |
| 5 old fan leuvers | | 3 boxes of fruit jars | | 1 - 1gal air compressor | | 1 golf club | | | |
| 4 old storage room doors | | 1 roll electric wire | | 1 butane torch | | 1 broom | | | |
| 12 - 55gal plastic barrels | | 2 rolls orange caution fence | | 36 spare 7wt light bulbs | | 3 cinder blocks | | | |
| 8 feeder hoppers | | 6 rolls chicken wire for fencing | | 2 diesel tank caps | | 1 mobile home | | | |
| 2 old refridgerators | | 2 rolls black tarp for chicken house curtains | | 1 roll weed eater string | | 3 ladders | | | |
| 4 plastic totes | | 2 wooden chairs | | 4 breakers | | 1 spare roll curtain wire | | | |
| 2 chemical tanks | | 10 sports water bottles | | 2 paint rollers | | 1 blower | | | |
| small pile of used vinyl siding | | 4 Halo light fixtures | | 6 fan belts | | 3 butane torches | | | |
| small pile of PVC parts | | 2 fire extinguishers | | 1 battery charger | | 1 electric fence shocker wire | | | |
| diesel tank | | 1 truck mounted bike rack | | 4 rolls electrical wire | | 1 shovel | | | |
| 12 old tires | | 3 air hose | | 6 spare computer boards for feed lines | | 1 broom | | | |
| 2 rolls net wire | | 1 lawnmower trailer tire | | 1 box replacement screws and bolts | | 12 water hoses | | | |
| 12 bales of hay | | 1 chicken feeder computer board | | 1 drill | | 1 battery charger for drill | | | |
| 2 used fans | | 2 old tires | | 1 waterhose | | 2 hax saw | | | |
| 3 bath tub feed troughs | | 4 golf clubs | | 1 filter system | | 6 trash cans | | | |
| 1 climbing tree stand | | 4 bags salt | | 1 level | | 1 spare motor | | | |
| 1 corn feeder | | 1 bucket of tent stakes | | 1 temperature sensor | | 5 medicators | | | |
| 1 chicken house tiller | | 100 plastic feed pans | | 4 feedline clamps | | 1 ice chest | | | |
| 2 - 100gal diesel tanks | | 2 used light fixtures | | 1 chicken house hopper assembly | | 1 power drill for feed lines | | | |
| 1 - 8" pipe | | 30 used chicken bladder assemblies | | 1 lawn mower battery | | 4 trash barrels | | | |
| 1 used seeder | | 2 shovels | | 1 sylenoid | | 1 trailer house | | | |
| 1 hay speer | | 1 school bus | | 5 drill bits | | 1 modular home | | | |
| 1 gate | | 8 florescent bulbs | | 5 elements for chicken broaders | | 8 cattle panels galvenized | | | |
| 3 panels | | 1 trailer jack | | 1 fire extinguisher | | 1 cattle shoot | | | |
| 1 sunroof for tractor | | 1 misc pile of wood | | 1 electric fence charger | | 2 deer stands | | | |
| 2 cross ties | | 100 gal fuel tank and diesel generator | | 1 battery charger for power drills | | 1 pocket knife | | | |
| 1 tractor bucket for John Deer tractor | | spare parts for poultry computer system | | 2 steel traps | | 2 feed troughs | | | |
| 20 T posts | | 3 spare feed line motors | | 1 U bolt package | | 100gal fuel tank and tool box assembly | | | |
| 2 rolls net wire | | 10 feed line gear boxes used | | 2 door lock assemblys | | 1 farm chain | | | |
| 10 cinder blocks | | 1 hedger | | 1 pack fuses | | | | | |
| 1 trailer house axel | | 1 trimmer | | 2 water bladder assemblys | | | | | |
| 1 tote | | 1 water hose | | 50 new water nipples | | | | | |
| 4 - 5 gal gas cans | | 1 stihl weed eater | | 5 - 3/4 hose bibs | | | | | |
| 1 - 25gal sprayer | | 1 shovel | | used misc water parts | | | | | |
| 80ft white PVC fence | | 1 py bar | | 3 - 10min timers | | | | | |
| 2 ice chests | | 1 edger | | 4 oil filters | | | | | |
| 32 broaders used | | 1 used panel breaker | | 1 hopper | | | | | |
| 3 shovels | | 2 spare filters for water lines | | 1 road hazard assembly | | | | | |
| 3 antique plows | | 1 bucket ranger herbicide | | 1 box roofing screws | | | | | |
| 20 feed line motors for parts | | 1 - 8gal air compressor | | 1 used thermostat | | | | | |
| 20 galvenized T posts | | 1 -1 gal Rotella oil | | 1 spotlight | | | | | |
| 20ft chain length fence | | 1 broom | | 4 used breaker boxes | | | | | |
| 2 rolls barbwire | | 1 gas regulator spare | | 1 cooking pot | | | | | |
| 1 splitting mal | | 1 box cattle ear tags | | 40 shocker wire springs | | | | | |
| 1 blue tarp | | 1 grease gun | | 1 - 2" water pump | | | | | |
| 1 fishing pole | | 1 box spare parts for breaker box | | 1 bag 5lb high yield pesticide | | | | | |
| 1 new filter kit assembly | | 2 boxes of bearings for feed lines | | spare auger cover | | | | | |



EXHIBIT

A

4 rubes grease
5 rolls emory cloth
1 air gague
2 air hose ends (male and female)
4 bearing assemblys

2 sets of oil filters
2 door knob assemblys
1 safety cone
1 small vice

1 gal antifreeze
2 boxes ceramic tile
1 wix filter kit
1 sledge hammer

| Debtor 1 | **Steven Cloy Gantt** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF LOUISIANA | | |
| Case number (if known) | 16-11738 | | |

☑ Check if this is an
amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules A/B          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____     X _____
Steven Cloy Gantt                        Signature of Debtor 2
Signature of Debtor 1

Date **December 9, 2016**          Date _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy