**SO ORDERED.**

**DONE and SIGNED November 9, 2020.**



_____
**JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE**

_____

# United States Bankruptcy Court
## Western District of Louisiana
**Judge:** John S. Hodge

| | |
|---|---|
| **In Re:** <br> *Debtor(s):* <br> Steven Cloy Gantt | **Chapter:** 7 <br> **Case Number:** 16–11738 |

### ORDER FOR PAYMENT FROM UNCLAIMED FUNDS

    It appears to the Court that unclaimed funds in the total amount of **$581.99** as supported by the transmittal(s) listed in the petition for payment are being held in the Registry of this Court in the above captioned bankruptcy case, and that Claimant has petitioned the court for payment of these funds; therefore,

    **IT IS ORDERED** that the Clerk cause to be paid from the Treasury, the amount of **$581.99** payable to **Dilks & Knopik, LLC and Justin Wittner and mailed to: 35308 SE Center Street Snoqualmie, WA 98065**.

###