# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

IN RE: STEVEN CLOY GANTT BANKRUPTCY  CASE NO: 16-11738

## APPLICATION AND NOTICE FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant(s) identified below, who avers that the unclaimed funds requested below are now on deposit in the Treasury of the United States and that claimant is the rightful owner of said funds. Accordingly, claimant(s) petitions the Court for an Order directing payment of the unclaimed funds to claimant(s) at the address listed below.

**NAME OF CLAIMANT:** ZANDRA J GARZA
**NAME OF CO-CLAIMANT:** N/A
**CURRENT ADDRESS:** 111 SOUTH TRAVIS ST
SAN DIEGO TX 78384

**TELEPHONE NUMBER:** (361) 389-3570

| Held in the name of: | Date of Transmittal | Amount |
|---|---|---|
| JOSE ALEJOS CRUZ | 07/24/2020 | $2,036.95 |

**TOTAL Amount of Unclaimed Funds Requested:** $ 2,036.95

Claimant(s) certifies under penalty of perjury that all statements made by Claimant(s) on this petition and any attachments are, to the best of Claimant(s) knowledge, true and correct and that a copy of this petition has been mailed to the U.S. Attorney, 300 Fannin St., Suite 3201, Shreveport, LA 71101 and, if not the movant, enter debtor(s) name and address

STEVEN CLOY GANTT, 122 HORSESHOE LN, ATHENS LA 71003

Parties have 21 days to object to this application. If an objection is filed, the court will set and notice it for a hearing. The filing and entry of this application on the docket of the case in CM/ECF shall constitute notice by electronic service pursuant to LBR 9036-1.

Date: 1-6-21

Individual Claimant/Co-claimant: [signature Zandra Garza]
Claimant's Signature

Business Claimant:
N/A
Business Representative Signature

N/A
Co-claimant's Signature (if applicable)

N/A
Printed Name/Title

State of TEXAS
Parish/County of Jim Wells
Subscribed and sworn to before me this 6 day of January, 20 21.

[signature] Nora Ramirez
Notary Public
My commission expires: 02-05-2023

NORA RAMIREZ
Notary Public, State of Texas
Comm. Expires 02-05-2023
Notary ID 131882006

UNITED STATES BANKRUPTCY COURT
Western District of Louisiana

----------------------------------------x

In Re:   Debtor(s) Name

| STEVEN CLOY GANTT |

CASE NO. | 16-11738 |

Chapter | 7 |

----------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies on | 1/28/2021 |, a copy of the <u>Application for Payment of Unclaimed Funds</u>, was deposited in an enclosed, properly addressed postage paid envelope, and served by <u>US First Class Mail</u> upon the following:

United States Attorney for Western District of Louisiana
300 Fannin St., Suite 3201
Shreveport, LA 71101

Debtor(s) Name and Address

| STEVEN CLOY GANTT
| 122 HORSESHOE LN
| ATHENS LA 71003

Date: | 1/28/2021 |

Signature

Printed Name:  | ZANDRA GARZA |
Company Name:
Company Address:

Certificate of Service for Application for Payment of Unclaimed Funds

# GENERAL AFFIDAVIT

The within named person (Affiant), __Zandra Garza__, who is a resident of __Duval__ County, State of __Texas__, personally came and appeared before me, the undersigned Notary Public, and makes this his/her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of his/her knowledge:

> I am the Widow to Jose Alejos Cruz who passed away on 7/28/2018 as witnessed by the attached Death Certificate. He died without a Will. He was residing at 962 FM Rd 1554, Alice TX 78332 at the time that he was a creditor in the Steven Cloy Gantt Bankruptcy (case # 16-11738).
>
> I am asking that the Court release the unclaimed funds ($2,036.95) that are in Jose Alejos Cruz's name to me as the surviving Widow.

Dated this __6__ day of __January__, 20__21__.

__/s/ Zandra Garza__
Signature of Affiant

=====================================================================

State of __Texas__
County of __Jim Wells__

Subscribed and sworn to, or affirmed, before me on this __6__ day of __January__, 20__21__ by Affiant __Zandra Garza__.

__/s/ Nora Ramirez__
Signature of Notary Public

__02-05-2023__
My Commission Expires:

NORA RAMIREZ
Notary Public, State of Texas
Comm. Exp. 02-05-2023
#1382006

24942



# Marriage License

### State of Texas
### County of Jim Wells

To Any Person Authorized by the Laws of the State of Texas to Celebrate the Rites of Matrimony in the State of Texas

Greeting:

You are hereby Authorized to Solemnize the
**RITES OF MATRIMONY**
BETWEEN

No. 24942

## JOSE ALEJOS CRUZ
and
## ZANDRA JEAN GARZA

and make due return to the County Clerk of Jim Wells County, within THIRTY days thereafter, certifying your action under this license.

WITNESS my official signature and seal this August 07, 2014 At 02:31PM.

JC Perez III, County Clerk
Jim Wells County

By _____ Deputy

---

I hereby certify that on the __7__ day of __August__, 20__14__, at __2:45 p.__ m, I united in Marriage the parties named above. Ceremony performed in __Jim Wells__ County, Texas.

WITNESS my hand this __7__ day of __August__, 20__14__.

Signature _____  Printed Name and Title __Jose L. Rodriguez__
Justice of Peace Pct 6
Address P.O. Box 647, Ben Bolt, TX 78342

---

Returned and filed the __12th__ day of __AUGUST__, 20__14__. And recorded in Vol. __38__ Page __487-488__
of the Marriage Records of Jim Wells County

By _____ Deputy

JC Perez III, County Clerk
Jim Wells County

VOL 38    PAGE 487

NAME OF MALE: JOSE ALEJOS CRUZ
DATE OF BIRTH: JULY 15, 1984
PLACE OF BIRTH: ALICE, JIM WELLS, TEXAS

AND

NAME OF FEMALE: ZANDRA JEAN GARZA
DATE OF BIRTH: AUGUST 08, 1984
PLACE OF BIRTH: ALICE, JIM WELLS, TEXAS

ISSUED ON: AUGUST 07, 2014 AT 02:31PM

JC PEREZ III, COUNTY CLERK, JIM WELLS COUNTY

By _____, Deputy

Name of Proxy (if any) appointed by Absent Applicant:

1. This license expires on the 90th day immediately following the date the license was issued if the marriage ceremony has not been conducted within that period [Texas Family Code, Sec. 1.81(a)]
2. The marriage ceremony may not take place during the 72-hour period immediately following the issuance of the marriage license unless: (a) an applicant is a member of the armed forces of the United States and is on active duty; or (b) an applicant obtains an order of a district court or county court at law with family law jurisdiction. [Texas Family Code, Sec. 1.82]
3. HIV/AIDS information for a marriage license in Texas can be found at www.dshs.state.tx.us/hivtest/ If you do not have internet access, call 512-533-3000 to request a free print copy of this information.

AFTER RECORDING RETURN LICENSE TO:
MR AND MRS JOSE ALEJOS CRUZ
110 S STADIUM K 1
ALICE, TX 78332-

******************** WAVIER OF 72-HOUR WAITING PERIOD FOR MARRIAGE ********************

IN RE:
JOSE ALEJOS CRUZ                    IN THE COURT OF

ZANDRA JEAN GARZA                   JIM WELLS        COUNTY, TEXAS

On this __7th__ day of __AUGUST__, 20__14__, as authorized by Sec. 2.204, V.T.C.A. Family Code, a request for a wavier of the 72-hour waiting period between issuance of a marriage licence and the marriage ceremony came on to be heard.

The above named applicants personally appeared. The court having heard the evidence finds that good cause exists for the marriage of the applicant(s) within the 72-hour waiting period following the issuance of the marriage license to the applicant(s).

IT IS THEREFORE ORDERED, that the marriage of the applicant(s) be permitted within 72 hours following the issuance of the marriage license to the applicant(s).

SIGNED this __7th__ day of __AUGUST__, 20__14__.

__S/ L. ARNOLDO SAENZ__             __COUNTY__ JUDGE



**Fill in this information to identify the case:**

Debtor 1: __Jose__ __A.__ __Cruz__
           First Name    Middle Name    Last Name

Debtor 2: __Zandra__ __    __ __Garza__
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __Western__ District of __Louisiana__
                                                                 (State)

Case number: 16-11738

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $2,036.95 |
|---|---|
| Claimant's Name: | Jose A. Cruz |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 901 N. Adams St.<br>Alice, Texas 78332<br>(361) 389-3570<br>zandrajgarza1984@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- ☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- ☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- ☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- ☒ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **4. Notice to United States Attorney**<br><br>☐ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:<br><br>Office of the United States Attorney<br>_____ District of _____<br>*[Court enters address here]* | |

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: 8-11-2020<br><br>*Zandra Garza* (signature)<br>Signature of Applicant<br><br>Zandra Garza<br>Printed Name of Applicant<br><br>Address: 608 Loma St<br><br>Telephone: 361-389-3570<br>Email: Zandraigarza1984@gmail.com | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _____<br><br>Signature of Co-Applicant (if applicable)<br><br>Printed Name of Co-Applicant (if applicable)<br><br>Address:<br><br>Telephone:<br>Email: |
| **6. Notarization**<br>STATE OF Texas<br>COUNTY OF Jim Wells<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this 11 day of August, 20 20 by<br><br>Nora Ramirez<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)   Notary Public *Nora Ramirez*<br><br>My commission expires: 02-05-2023<br><br>NORA RAMIREZ<br>Notary Public, State of Texas<br>Comm. Expires 02-05-2023<br>Notary ID 131882003 | **6. Notarization**<br>STATE OF _____<br>COUNTY OF _____<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by<br><br>_____<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)   Notary Public _____<br><br>My commission expires: |

Form 1340   Application for Payment of Unclaimed Funds   Page 2

## Information to identify the case:

| | | |
|---|---|---|
| **Debtor 1** | **Steven Cloy Gantt** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0266 <br> EIN  __–_____ |
| **Debtor 2** <br> (Spouse, if filing) | _____ <br> First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |

United States Bankruptcy Court  Western District of Louisiana

Case number:  16–11738

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Steven Cloy Gantt

Signed this the 17th day of April, 2017.

/s/ Jeffrey P. Norman
Jeffrey P. Norman
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the *discharge, but not all*. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

---

Official Form 318  Order of Discharge  page 1