**SO ORDERED.**

**DONE and SIGNED March 3, 2021.**



_____
**JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE**

_____

# United States Bankruptcy Court
## Western District of Louisiana
**Judge:** John S. Hodge

**In Re:**
 *Debtor(s):*
  Steven Cloy Gantt

**Chapter:** 7
**Case Number:** 16–11738

_____

### ORDER FOR PAYMENT FROM UNCLAIMED FUNDS

It appears to the Court that unclaimed funds in the total amount of **$2036.95** as supported by the transmittal(s) listed in the petition for payment are being held in the Registry of this Court in the above captioned bankruptcy case, and that Claimant has petitioned the court for payment of these funds; therefore,

**IT IS ORDERED** that the Clerk cause to be paid from the Treasury, the amount of **$2036.95** payable to **Zandra J. Garza and mailed to: 111 South Travis St. San Diego, TX 78384**.

###