# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536–5 | User: lrobichau | Date Created: 3/3/2021 |
| Case: 16–11738 | Form ID: pdf8 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| tr | John W. Luster | luster_jbr@bellsouth.net |
| aty | John W. Luster | luster_jbr@bellsouth.net |
| aty | John W. Luster | luster_j@bellsouth.net |
| aty | Ralph Scott Bowie, Jr. | rsbowie@bellsouth.net |
| aty | Richard Drew | richard.drew@usdoj.gov |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Steven Cloy Gantt | 122 Horseshoe Lane | Athens, LA 71003 |

TOTAL: 1